**IN THE SUPREME COURT OF PENNSYLVANIA**
**MIDDLE DISTRICT**

PATRICIA J. KABEL,

               Respondent

               v.

MANHEIM TOWNSHIP SCHOOL
DISTRICT,

               Petitioner

:  No. 434 MAL 2020
:
:
:
:  Petition for Allowance of Appeal
:  from the Order of the
:  Commonwealth Court
:
:
:
:
:
:

**ORDER**

**PER CURIAM**

     **AND NOW**, this 5th day of January, 2021, the Petition for Allowance of Appeal is **DENIED**. The Application to Expedite Consideration of the Petition for Allowance of Appeal is **DENIED** as moot.